UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALEX HAMILTON, JR.

VERSUS

WILSON FIELDS, ET AL.

CIVIL ACTION

NO. 11-499-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Docia L. Dalby dated August 25, 2011 (doc. no. 6) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Complaint is DISMISSED as frivolous, without prejudice to the plaintiff pursuing relief under applicable state law in the state courts.

Baton Rouge, Louisiana, September 14, 2011.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA